JOHN McMAHON, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendant in Error.

(Argued June 4, 1879; decided June 17, 1879.)

*Charles W. Brooke* for plaintiff in error.

*Ambrose Monell* for defendant in error.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.

---

JACOB S. HALLETT, Respondent, *v.* WM. HENRY ARNOUX, Impleaded, etc., Appellant.

(Argued June 5, 1879; decided June 17, 1879.)

*Wm. Henry Arnoux* appellant, in person.

*John H. Post* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.